```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                                              X
LAWRENCE MUDD,                                :
                                              :
                    Plaintiff,                :
                                              :
        -against-                             :
                                              :        ORDER OF REFERENCE
SUPERINTENDENT SUSAN CONNELL,                 :        TO A MAGISTRATE JUDGE
                    Defendant.                :
                                              :        08 Civ. 03896(RJH) (GWG)
                                              :
                                              X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_X_ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: _____

---

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:   New York, New York
         May 13, 2008

                                                    _____
                                                    HON: Richard J. Holwell
                                                    United States District Judge