UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                   :

LAWRENCE MUDD,
                                                                   :

        Petitioner,                                    **ORDER**

                                                                   :

        -v.-                                         08 Civ. 3896 (RJH)(GWG)

                                                                   :

SUPERINTENDENT SUSAN CONNELL,
                                                                   :

        Respondent.
                                                                   :
------------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN,** United States Magistrate Judge.

      Lawrence Mudd has petitioned this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, I have considered the petition preliminarily and direct that respondent shall file either an answer or, if respondent has a basis on which to seek to have the petition denied or dismissed that does not require an answer, a motion with respect to the petition:

      (1)     respondent shall file such answer or motion on or before July 15, 2008;

      (2)     the answer or motion shall include an affidavit describing any facts relevant to the answer or motion and all documents necessary for the adjudication of this matter, including but not limited to transcripts of any relevant proceedings, the briefs submitted on appeal, the record in any state post-conviction proceedings, and such other information as may be necessary for this Court to adjudicate the petition;

      (3)     the submission shall include a memorandum of law fully describing the factual and legal basis underlying the respondent's opposition and each statement of fact therein shall be accompanied by a citation to the appropriate transcript, affidavit or document by paragraph or page number;

(4) petitioner shall have thirty (30) days from the date on which he is served with respondent's answer or motion to file a response or traverse;

(5) an extra copy of all papers served and filed shall be sent to the undersigned at 500 Pearl Street, New York, NY 10007;

(6) if petitioner is pro se, respondent must send to petitioner a copy of each unpublished decision that is cited in his memorandum of law.

The Clerk of the Court is directed to serve a copy of this Order and any other orders previously issued by the Court, the underlying petition, and any documents filed by the petitioner in support of the underlying petition (or in response to any order previously issued by the Court) on: (a) Attorney General of the State of New York, Attn: Section Chief, Federal Habeas Corpus Section, 120 Broadway, New York, NY 10271; and (b) Habeas Corpus Section, Office of the District Attorney, Bronx County, 198 East 161st Street, Bronx NY 10451. Such service shall be made by Certified Mail, Return Receipt Requested.

SO ORDERED.

Dated: New York, New York
May 16, 2008

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy to:

Lawrence Mudd
05-A-5560
Oneida Correctional Facility
P.O. Box 4580
6100 School Road
Rome, NY 13442-4580