UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LAWRENCE MUDD,                                :

                                             :   ORDER
                Plaintiff,        08 Civ. 3896 (RJH) (GWG)

                                             :

   -v.-

                                             :

SUPERINTENDENT SUSAN CONNELL,   :

               Defendant.        :
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The pro se plaintiff in this matter has made an application for the Court to request counsel. Applying the factors set forth in Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), the Court denies the request on the ground that the application together with the other papers filed in this action do not at this time demonstrate that plaintiff's claim is likely to be of sufficient substance. In addition, the case is not of such a character that plaintiff will be completely unable to address relevant facts or deal with other issues that may be expected to be raised.

      The Court will seek the appointment of counsel without further request by plaintiff if future review of this matter demonstrates that the appointment of counsel is warranted.

      SO ORDERED.

Dated: June 12, 2008
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge

Copies to:

Lawrence Mudd
05-A-5560
Oneida Correctional Facility
P.O. Box 4580
6100 School Road
Rome, NY 13442-4580

Alyson J. Gill
Assistant Attorney General
120 Broadway
New York, NY 10271