

OFFICE OF THE DISTRICT ATTORNEY, Bronx County

DATE FILED: 7/9/08

**ROBERT T. JOHNSON**
*District Attorney*

198 East 161st Street
Bronx, New York 10451

Telephone (718) 590-6955
Facsimile (718) 590-6523

July 9, 2008

**VIA FACSIMILE**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 510
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: Mudd v. Connell
08 Civ. 3896 (RJH)(GWG)

Your Honor:

This Office represents the respondent in the above-entitled pro se petition for a writ of habeas corpus. Pursuant to your Order, our response to the petition is due on July 15, 2008. I am requesting a one month extension, until August 15, 2008, in which to file our answer.

Unfortunately, this Office did not receive this Court's May 16 Order until several weeks later when it was sent to us from the Clerk's Office. Moreover, the assistant who answered petitioner's direct appeal is no longer in this Office. Although I have commenced familiarizing myself with all of the related state and federal proceedings in this matter, the additional time will enable me to provide the Court with a thorough and well-reasoned response.

Additionally, I am carrying a case docket which includes two direct appeals and a leave application pending in the Appellate Division, First Department, two direct appeals pending in the Appellate Term, First Department, and two New York Criminal Procedure Law §440.10 motions pending in the Supreme Court, Bronx County.

Accordingly, I respectfully request that our time in which to file an appropriate response in accordance with this Court's order be extended to August 15, 2008, and that petitioner continue to have thirty (30) days from the date on which he is served with our response, to file a response or traverse. This constitutes respondent's first request for an adjournment. Petitioner is proceeding pro se.

SO ORDERED
DATE: 7/9/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Honorable Gabriel W. Gorenstein  Page 2 of 2
July 9, 2008

    Thank you for your consideration in this matter.

                                    Respectfully submitted,

                                    Jean Soo Park
                                  Assistant District Attorney

cc:    Lawrence Mudd, pro se
       DIN# 05-A-5560
       Oneida Correctional Facility
       P.O. Box 4580
       6100 School Road
       Rome, New York 13442-4580